UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH HEDRICK,

    Defendant.

Case No. CR12-350-RSL

ORDER REVOKING RELEASE AND DETENTION 18 U.S.C. § 3148(a)

The United States moved for revocation of Defendant's release, alleging violation of the conditions of release. The Defendant denied the violation of the conditions of release at a hearing on December 2, 2019. Based upon the information presented at the hearing, the Court finds that there is clear and convincing evidence that the Defendant violated a condition of his release by failing to remain in communication with his probation officer for over ten days. Specifically, Defendant is alleged to have failed to report to the probation officer on November 22, 2019, in violation of a standard condition of supervised release. An arrest warrant was issued that same day and the Defendant was arrested over ten days later.

For the reasons stated on the record, and based on the factors set forth in 18 U.S.C. § 3142(g), the Court finds that there are no conditions or combination of conditions which will assure

**ORDER REVOKING RELEASE AND
DETENTION 18 U.S.C. § 3148(a)** - 1

that Defendant will not pose a danger to other persons, if released again; and further finds that Defendant is unlikely to abide by any condition or combination of conditions set by the Court.

It is therefore ORDERED, that Defendant's bond is REVOKED, pursuant to 18 U.S.C. § 3148(b) and that:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 3rd day of December, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge